25-cr-312 JMB

USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the _____ DISTRICT OF the Virgin Islands

UNITED STATES OF AMERICA
V.

Carlos Adrian Verdugo-Castro

CRIMINAL NUMBER:

3:24-cr-30

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, Carlos Adrian Verdugo-Castro, defendant, have been informed that an (indictment, information, complaint) is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the _____ District of Minnesota in which I, Carlos Adrian Verdugo-Castro, (am under arrest, am held) am under supervision and to waive trial in the above captioned District.

Dated: August 4, 20 25 at 10:00 am

_Carlos Adrian Verdugo-Castro (Aug 4, 2025 08:07 CDT)_
(Defendant)

/s Barbara Hitesman
(Witness)

s/ Matthew Campbell
(Counsel for Defendants)

(Assistant United States Attorney)

Approved

United States Attorney for the
_____ District of
Minnesota

Acting United States Attorney for the
_____ District of
Virgin Islands