# District Court of the Virgin Islands
## District of the Virgin Islands (St. Thomas Division)
## CRIMINAL DOCKET FOR CASE #: 3:24-cr-00030-RAM-GAT-1

Case title: USA v. Verdugo- Castro

Magistrate judge case number: 3:24-mj-00061-RAM-GAT

Date Filed: 11/27/2024

Date Terminated: 08/15/2025

Assigned to: Chief Judge Robert A. Molloy
Referred to: US Magistrate Judge G. Alan Teague

**Defendant (1)**

| | | |
|---|---|---|
| **Carlos Adrian Verdugo-Castro**<br>*TERMINATED: 08/15/2025* | represented by | **Matthew A. Campbell**<br>Office of the Federal Public Defender<br>1336 Beltjen Road<br>Suite 202<br>St. Thomas, VI 00802<br>340-774-4449<br>Email: matt_campbell@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br><br>**Matthew A. Campbell**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| REENTRY OF REMOVED ALIEN<br>(1) | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| Felony | |

| **Complaints** | **Disposition** |
|---|---|
| 8:1326A.F | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Natasha Baker**<br>DOJ-USAO<br>Criminal Division<br>Ron De Lugo federal Building<br>5500 Venterans Drive., Suite 260<br>Charlotte Amalie, VI 00802<br>340-715-9407<br>Email: natasha.baker@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Delia L. Smith**<br>U.S. Attorney<br>Federal Building & U.S. Courthouse<br>5500 Veterans Drive<br>Suite 260<br>St. Thomas, VI 00802<br>340-774-5757<br>Fax: 340-776-3474<br>Email: delia.smith@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: US Attorney/Assistant U.S.Attorney*<br><br>**Everard E. Potter**<br>U.S. Attorney's Office<br>Ron De Lugo Federal Bldg<br>5500 Veterans Drive, Suite 260<br>St Thomas, VI 00802<br>340-774-5757<br>Fax: 340-776-3474<br>Email: everard.potter@usdoj.gov<br>*TERMINATED: 03/13/2025*<br>*Designation: US Attorney/Assistant U.S.Attorney*<br><br>**Yasir Sadat**<br>U.S. Department of Justice<br>5500 Veteran's Drive<br>Ste 260<br>St. Thomas, VI 00802<br>340-774-5757<br>Email: yasir.sadat@usdoj.gov<br>*TERMINATED: 02/18/2025*<br>*Designation: US Attorney/Assistant U.S.Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/28/2024 | 1 | COMPLAINT as to Carlos Adrian Verdugo- Castro (1). (Attachments: # 1 Affidavit) (KW) [3:24-mj-00061-RAM-GAT] (Entered: 10/28/2024) |
| 10/28/2024 | 2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Carlos Adrian Verdugo- Castro Matthew A. Campbell for Carlos Adrian Verdugo- Castro appointed. (GAT) dated 10/28/24 |

| | | |
|---|---|---|
| | | (KW) [3:24-mj-00061-RAM-GAT] (Entered: 10/28/2024) |
| 10/28/2024 | 3 | ORDER as to Carlos Adrian Verdugo- Castro (GAT) dated 10/28/24 (KW) [3:24-mj-00061-RAM-GAT] (Entered: 10/28/2024) |
| 10/28/2024 | 5 | Minute Entry for proceedings held before US Magistrate Judge G. Alan Teague:Initial Appearance as to Carlos Adrian Verdugo- Castro held on 10/28/2024 (Court Reporter FTR.) (Interpreter Maria Cruz present.) (KW) [3:24-mj-00061-RAM-GAT] (Entered: 10/28/2024) |
| 10/28/2024 | 4 | NOTICE OF HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Detention Hearing set for 10/29/2024 02:00 PM in STT Courtroom 2 before US Magistrate Judge G. Alan Teague. Preliminary Examination set for 10/29/2024 02:00 PM in STT Courtroom 2 before US Magistrate Judge G. Alan Teague. (KW) [3:24-mj-00061-RAM-GAT] (Entered: 10/28/2024) |
| 10/29/2024 | 6 | MOTION *to Permit Proposed Third-Party Custodian to Appear via Video Conference* by Carlos Adrian Verdugo- Castro. (Attachments: # 1 Text of Proposed Order) (Campbell, Matthew) [3:24-mj-00061-RAM-GAT] (Entered: 10/29/2024) |
| 10/29/2024 | 7 | ORDER (GAT) granting 6 Motion to permit proposed third-party custodian to appear via video conference or telephonically as to Carlos Adrian Verdugo-Castro. ORDERED that the proposed third-party custodian may appear at the detention hearing scheduled for 10/29/2024 at 2:00 p.m. via Teams video conferencing. Video conferencing information to be provided to Defendant's counsel by the Court. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) [3:24-mj-00061-RAM-GAT] (Entered: 10/29/2024) |
| 10/29/2024 | 8 | Minute Entry for proceedings held before US Magistrate Judge G. Alan Teague:Detention Hearing as to Carlos Adrian Verdugo- Castro held on 10/29/2024 (Court Reporter FTR Gold.) (Spanish Interpreter Juan Davila-Santiago present.) (TSJ) [3:24-mj-00061-RAM-GAT] (Entered: 10/29/2024) |
| 10/29/2024 | 9 | ORDER (GAT) dated 10/29/2024 Setting Conditions of Release as to Carlos Adrian Verdugo- Castro.(TSJ) (Main Document 9 replaced on 10/30/2024 to reflect defendant and third- party custodian signatures.) (TSJ). [3:24-mj-00061-RAM-GAT] (Entered: 10/30/2024) |
| 10/29/2024 | 10 | RELEASED ON BOND (APPEARANCE BOND $5,000.00 unsecured bond) as to Carlos Adrian Verdugo- Castro (TSJ) (Main Document 10 replaced on 10/30/2024 to reflect defendant's signature.) (TSJ). Modified on 10/30/2024 (TSJ). [3:24-mj-00061-RAM-GAT] (Entered: 10/30/2024) |
| 11/13/2024 | 11 | NOTICE OF ATTORNEY APPEARANCE: Matthew A. Campbell appearing for Carlos Adrian Verdugo- Castro (Campbell, Matthew) [3:24-mj-00061-RAM-GAT] (Entered: 11/13/2024) |
| 11/15/2024 | 12 | NOTICE OF ATTORNEY APPEARANCE Yasir Sadat appearing for USA. (Sadat, Yasir) [3:24-mj-00061-RAM-GAT] (Entered: 11/15/2024) |
| 11/27/2024 | 13 | INFORMATION as to Carlos Adrian Verdugo- Castro (1) count(s) 1. Arraignment set for 12/11/2024 09:30 AM in STT Courtroom 2 before US Magistrate Judge G. Alan |

| Date | # | Description |
|---|---|---|
| | | Teague. (TSJ) (Entered: 11/27/2024) |
| 12/02/2024 | 14 | NOTICE *of Filing Waiver of Appearance at Arraignment* by Carlos Adrian Verdugo- Castro (Attachments: # 1 Supplement) (Campbell, Matthew) (Entered: 12/02/2024) |
| 12/11/2024 | 15 | Minute Entry for proceedings held before US Magistrate Judge G. Alan Teague:Arraignment as to Carlos Adrian Verdugo- Castro (1) Count 1 held on 12/11/2024 (Court Reporter FTR Gold Recorder.) (TRH) (Entered: 12/11/2024) |
| 12/11/2024 | 16 | ORDER (GAT) as to Carlos Adrian Verdugo- Castro, Discovery due by 12/18/2024., Motions due by 12/30/2024., Jury Trial set for 1/13/2025 09:00 AM in STT Courtroom 1 before Chief Judge Robert A. Molloy., Pretrial Conference set for 1/8/2025 09:30 AM in STT Courtroom 2 before US Magistrate Judge G. Alan Teague. (TRH) (Entered: 12/11/2024) |
| 12/11/2024 | 17 | NOTICE *of Filing Discovery Demand and Brady Letter* by Carlos Adrian Verdugo- Castro (Campbell, Matthew) (Entered: 12/11/2024) |
| 12/31/2024 | 18 | MOTION to Continue *Trial Date Unopposed* by Carlos Adrian Verdugo- Castro. (Attachments: # 1 Text of Proposed Order) (Campbell, Matthew) (Entered: 12/31/2024) |
| 01/02/2025 | 19 | NOTICE *re: Trial Readiness* by Carlos Adrian Verdugo- Castro (Campbell, Matthew) (Entered: 01/02/2025) |
| 01/02/2025 | 20 | ORDER (RAM) The Defendant's Unopposed Motion to Continue Trial Date, ECF 18 , is GRANTED. The time beginning from the date of this order granting an extension through March 3, 2025, shall be excluded in computing the time within which the trial in this matter must be initiated pursuant to 18 U.S.C. § 3161. The Jury Selection and Trial in this matter previously scheduled for January 13, 2025, are CONTINUED to commence promptly at 9:00 A.M. on March 3, 2025, in St. Thomas Courtroom 1. The parties SHALL adhere to the deadlines set forth in this Order. (SZ) (Entered: 01/02/2025) |
| 01/08/2025 | 21 | Minute Entry for proceedings held before US Magistrate Judge G. Alan Teague:Pretrial Conference as to Carlos Adrian Verdugo- Castro held on 1/8/2025 (Court Reporter FTR Recording.) (KW) (Entered: 01/08/2025) |
| 02/18/2025 | 22 | NOTICE OF ATTORNEY APPEARANCE Everard E. Potter appearing for USA. (Potter, Everard) (Entered: 02/18/2025) |
| 02/18/2025 | 23 | MOTION to Continue *Trial* by USA as to Carlos Adrian Verdugo- Castro. (Attachments: # 1 Text of Proposed Order) (Potter, Everard) (Entered: 02/18/2025) |
| 02/19/2025 | 24 | ORDER (RAM) dated 02/19/2025 Defendant, Carlos Adrian Verdugo-Castro, shall, by no later than 5:00 P.M. (AST) on February 21, 2025, indicate whether he has any objections to the Government's Motion to Continue, ECF 23 , and, in the event he has no objections, file a speedy trial waiver therewith. (This is a TEXT-ONLY ENTRY. There is no PDF document associated with this entry.) (KMD) (Entered: 02/19/2025) |
| 02/19/2025 | 25 | REPLY TO to Motion by Carlos Adrian Verdugo- Castro re 23 MOTION to Continue *Trial* (Campbell, Matthew) (Entered: 02/19/2025) |

| 02/20/2025 | 26 | NOTICE *of Filing* by Carlos Adrian Verdugo-Castro (Attachments: # 1 Exhibit) (Campbell, Matthew) (Entered: 02/20/2025) |
|---|---|---|
| 02/20/2025 | 27 | ORDER (RAM) dated 02/20/2025 The Government's Motion to Continue, ECF 23, is GRANTED. The time beginning from the date of this order granting an extension through May 19, 2025, shall be excluded in computing the time within which the trial in this matter must be initiated pursuant to 18 U.S.C. § 3161. The Jury Selection and Trial in this matter previously scheduled for March 3, 2025, are CONTINUED to commence promptly at 9:00 A.M. on May 19, 2025, in St. Thomas Courtroom 1. The parties SHALL adhere to the deadlines set forth in this Order. (KMD) (Entered: 02/20/2025) |
| 03/13/2025 | 28 | NOTICE OF ATTORNEY APPEARANCE Natasha Baker appearing for USA. (Baker, Natasha) (Entered: 03/13/2025) |
| 05/07/2025 | 29 | MOTION to Continue *Trial and Trial Deadlines-Unopposed* by Carlos Adrian Verdugo-Castro. (Attachments: # 1 Supplement, # 2 Text of Proposed Order) (Campbell, Matthew) (Entered: 05/07/2025) |
| 05/07/2025 | 30 | MOTION to Modify Conditions of Release - *Unopposed* by Carlos Adrian Verdugo-Castro. (Attachments: # 1 Text of Proposed Order) (Campbell, Matthew) (Entered: 05/07/2025) |
| 05/07/2025 |  | **NOTICE OF CORRECTED DOCKET ENTRY** as to Carlos Adrian Verdugo-Castro: Re: 29 MOTION to Continue *Trial and Trial Deadlines-Unopposed*. The Application & Checklist for Speedy Trial Extension should be filed as an independent document. This can be found under Criminal Events- Other Filings- Other Documents- Application and Checklist for Speedy Trial Extension. (TSJ) (Entered: 05/07/2025) |
| 05/07/2025 | 31 | APPLICATION AND CHECKLIST FOR SPEEDY TRIAL EXTENSION by Carlos Adrian Verdugo-Castro (Campbell, Matthew) (Entered: 05/07/2025) |
| 05/07/2025 | 32 | ORDER (RAM) Defendant Carlos Adrian Verdugo-Castro's Motion to Continue Trial and Trial Deadlines -- Unopposed, ECF No. 29, is GRANTED. Jury Selection and Trial in this matter previously scheduled for May 19, 2025, are RESCHEDULED to commence promptly at 9:00 A.M. on July 21, 2025, in St. Thomas Courtroom 1. The parties shall adhere to the deadlines stated herein. (KMD) (Entered: 05/07/2025) |
| 06/10/2025 | 34 | ORDER (GAT) as to Defendant Carlos Adrian Verdugo-Castro ("Defendant"), finding as moot Defendant's unopposed motion 30 to modify conditions of release given the Court's order 33 of 06/09/2025. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Teague, G.) (Entered: 06/10/2025) |
| 07/11/2025 | 36 | TRIAL BRIEF by Carlos Adrian Verdugo-Castro (Campbell, Matthew) (Entered: 07/11/2025) |
| 07/11/2025 | 37 | NOTICE *of Trial Readiness* by Carlos Adrian Verdugo-Castro (Campbell, Matthew) (Entered: 07/11/2025) |
| 07/11/2025 | 38 | MOTION to Continue *Trial and Trial Deadlines- Unopposed* by Carlos Adrian Verdugo-Castro. (Attachments: # 1 Text of Proposed Order) (Campbell, Matthew) (Entered: 07/11/2025) |

| 07/11/2025 | 39 | ORDER (RAM) Upon consideration of Defendant Carlos Adrian Verdugo-Castro's Motion to Continue Trial and Trial Deadlines -- Unopposed, ECF No. 38 , Defendant SHALL file a speedy trial waiver by no later than 5:00 P.M., July 14, 2025. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (KMD) (Entered: 07/11/2025) |
|---|---|---|
| 07/11/2025 | 40 | WAIVER of Speedy Trial by Carlos Adrian Verdugo- Castro (Campbell, Matthew) (Entered: 07/11/2025) |
| 07/11/2025 | 41 | ORDER (RAM) Defendant Carlos Adrian Verdugo-Castro's Motion to Continue Trial and Trial Deadlines -- Unopposed, ECF No. 38 , is GRANTED. The time beginning from the date of this order granting an extension through September 22, 2025, shall be excluded in computing the time within which the trial in this matter must be initiated pursuant to 18 U.S.C. § 3161. The jury selection and trial in this matter previously scheduled for July 21, 2025, is CONTINUED to commence promptly at 9:00 A.M. on September 22, 2025, in St. Thomas Courtroom 1. The parties SHALL adhere to the deadlines stated herein. (KMD) (Entered: 07/11/2025) |
| 08/11/2025 | 42 | MOTION Rule 20 Transfer by USA as to Carlos Adrian Verdugo- Castro. (Attachments: # 1 Exhibit 1) (Baker, Natasha) (Entered: 08/11/2025) |
| 08/12/2025 | 43 | ORDER (RAM) The United States of America's Motion for Rule 20 Transfer, ECF No. 42 , is GRANTED. Pursuant to Rule 20 of the Federal Rules of Criminal Procedure, the Clerk of Court SHALL send the file in this matter, or a certified copy, to the Clerk of Court for the United States District Court of Minnesota and CLOSE THIS CASE. (KMD) (Entered: 08/12/2025) |
| 08/15/2025 | | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Minnesota Counts closed as to Carlos Adrian Verdugo- Castro (1) Count 1. (TNS) (Entered: 08/15/2025) |